UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MENG YANG,<br><br>　　　　　　　　　Plaintiff,<br><br>　　　-against-<br><br>KRISTI NOEM, Secretary, Department of Homeland Security, and JOSEPH B. EDLOW, Director, U.S. Citizenship & Immigration Service,<br><br>　　　　　　　　　Defendants. | Case No. 1:25-cv-08541 (JLR)<br><br>**<u>ORDER</u>** |

JENNIFER L. ROCHON, United States District Judge:

On October 16, 2025, Plaintiff Meng Yang ("Plaintiff") filed this action against Defendants Kristi Noem, Secretary, Department of Homeland Security, and Joseph B. Edlow, Director, U.S. Citizenship & Immigration Service, in connection with delays in the processing of Plaintiff's petition for an investor visa. Plaintiff invokes the Court's subject matter jurisdiction under 28 U.S.C. §§ 1331 and 1361. As to venue, Plaintiff invokes 28 U.S.C. § 1391(e)(1)(C), "which provides that a civil action again[st] the United States or its agencies may be brought in any judicial district in which the plaintiff resides if no real property is involved." *See* Dkt. 1 ¶ 4. However, Plaintiff contends that venue is proper in the Southern District of New York under that statute because "[n]o real property is involved in the action and the U.S.C.I.S. Office that has jurisdiction for [Plaintiff's petition for an investor visa] is in New York, New York, which is within this Court's judicial district[.]" *Id*. The Complaint states that Plaintiff "is a native and citizen of China," *id*. ¶ 5, but does not state where Plaintiff resides.

Accordingly, it is hereby ORDERED that, on or before **October 24, 2025**, Plaintiff shall amend the Complaint to include Plaintiff's residence or to provide an alternative basis under which the Southern District of New York is the proper venue for this action.

Dated: October 17, 2025
       New York, New York

                                              SO ORDERED.

*Jennifer Rochon*
JENNIFER L. ROCHON
United States District Judge